IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GLORIA CRAIG,**

    **Plaintiff,**

**v.**

**SOUTHERN ILLINOIS RIVERBOAT/CASINO
CRUISES, INC., d/b/a HARRAH'S
METROPOLIS CASINO, et al.,**

    **Defendants.**                      Case No. 05-CV-812-DRH

### ORDER

**HERNDON, District Judge:**

    Pending before the Court is Plaintiff's Motion to Dismiss Defendant Michael Hamilton Voluntarily, filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)**. (Doc. 37.) Because defendant Hamilton has not yet filed an answer or motion for summary judgment, this voluntary dismissal should technically be construed as a **Rule 41(a)(1)(i)** Notice of Voluntary Dismissal Without Prejudice. The Court notes that defendant Hamilton does not object to such dismissal. (Doc. 37, ¶ 2.) Therefore, the Court hereby **ACKNOWLEDGES** Plaintiff's notice voluntary dismissal without prejudice, made pursuant to **Rule 41(a)(1)(i)**, of Michael Hamilton as a party defendant to this case. Accordingly, Michael Hamilton shall be terminated as a party defendant to this case.

    **IT IS SO ORDERED.**

    Signed this 22nd day of February, 2006.

                                               /s/       David RHerndon
                                               **United States District Judge**