IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GLORIA CRAIG,**

    **Plaintiff,**

v.

**HARRAH'S ENTERTAINMENT, INC., et al.,**

    **Defendants.**      **Case No. 05-CV-812-DRH**

### ORDER

**HERNDON, District Judge:**

    Now before the Court is defendants Harrah's Entertainment, Inc., Robert Simpson and Dale Sellers's Motion to Transfer Venue, made pursuant to **28 U.S.C. § 1404(a)** (Doc. 18), The three Defendants request this case be transferred from this courthouse to the United States District Court for the Southern District of Illinois courthouse located in Benton, Illinois – Defendants call this the "Benton Division." Defendants' Motion thereafter proceeds to analyze factors weighing in favor of a transfer to the "Benton Division." No opposition to this Motion has been filed.

    However, the characterization of the federal district courthouse located in Benton, Illinois as a "Division" is a crucial misnomer. Benton is not, in fact, a division of the Southern District of Illinois separate and apart from the federal district courthouse located in East Saint Louis, Illinois (where this case has been

assigned).

To substantiate this clarification, the Court looks to **28 U.S.C. § 93**, which indicates that Illinois is divided into three judicial districts, known as the Northern, Central and Southern Districts of Illinois. The Northern District of Illinois is the only district which is comprised of divisions – the Eastern Division and the Western Division. While the Southern District of Illinois is comprised of many counties, there is no mention of multiple existing Divisions – the statute merely states that "Court for the Southern District shall be held at Alton, Benton, Cairo, and East Saint Louis." **28 U.S.C. § 93**; *see also Mason v. Marathon Oil Co.*, **521 F. Supp. 1012, 1013 (S.D. Ill. 1981)(The "divisions" set forth in Local Rule 18 are administrative only and for the convenience of the Court. Section 93 of the Judicial Code . . . shows that while the Northern District of Illinois is comprised of two divisions . . . the Southern District has no divisions under the statute)**.

The Court has inherent power to manage itself and the caseload as it sees appropriate. Accordingly, the Motion to Transfer Venue (Doc. 18) is hereby **DENIED**.

**IT IS SO ORDERED.**

Signed this 13th day of April, 2006.

/s/        David RHerndon
**United States District Court**