IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GLORIA CRAIG,**

    **Plaintiff,**

**v.**

**HARRAH'S ENTERTAINMENT, INC., et al.,**

    **Defendants.**                                           Case No. 05-CV-812-DRH

### ORDER

**HERNDON, District Judge:**

On May 1, 2006, the Court issued an Order (Doc. 48) directing plaintiff Gloria Craig to file a Response to defendant Illinois Gaming Board's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 32), as such was initially due by March 13, 2006. The Court's Order directed Plaintiff to file a Response by Plaintiff by May 8, 2006, or under **CIVIL LOCAL RULE 7.1(c)**, "[f]ailure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion."

To date, Plaintiff has failed to file a Response or other responsive pleading. Therefore, in accordance with **CIV. L. R. 7.1(c)**, the Court finds that Plaintiff's silence constitutes "an admission of the merits of the motion."

Accordingly, defendant Illinois Gaming Board's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 32) is **GRANTED**.  Plaintiff's claims against defendant Illinois Gaming Board are hereby **DISMISSED WITH PREJUDICE** and thus, as there remain no other pending claims against it, defendant Illinois Gaming Board will be terminated as a party to this suit.  Clerk shall enter judgment at the close of litigation when final judgment is entered as to all parties.

    **IT IS SO ORDERED.**

    Signed this 10th day of May, 2006.

                                  /s/        David   RHerndon
                                  **United States District Judge**